### ALLEN v. VINING.

Justice's jurisdiction in trials confined to his own town.
The issue put must be answered.

ERROR to reverse a judgment of Justice Collins, in an action *qui tam*, Vining v. Allen, for damage done in the night season. The justice belonged to Enfield, the parties to East Windsor, and the facts were committed in East Windsor, and there were justices in East Windsor who could judge between the parties. The justice gave judgment that having heard the evidences and pleas, he is of opinion that the defendant render to the plaintiff the sum of £1 5s. 9d. lawful money damages and his cost.

Errors assigned — 1st. That the justice belonged to Enfield, the parties to East Windsor, and the facts were done in East Windsor, where there were justices that could judge between the parties. 2d. That the justice had not found the defendant guilty.

Judgment — Manifest error, on both points. See Mary Scovel v. Smith, determined at Fairfield last August Term.